Erica K. Rocush, State Bar No. 262354
erica.rocush@ogletreedeakins.com
Krystal N. LoPilato, CA Bar No. 263320
krystal.lopilato@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant IAP Worldwide Services, Inc. (erroneously sued herein as "IAP World Services")

Angela Alioto, State Bar No. 130328
Steven L. Robinson, State Bar No. 116146
LAW OFFICES OF JOSEPH L. ALIOTO AND ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA 9411
Telephone: 415.434.8700
Facsimile: 415.438.4638

Attorneys for Plaintiff Tyrone Pennix

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE A. PENNIX,<br><br>      Plaintiff,<br><br>   v.<br><br>IAP WORLD SERVICES,<br><br>      Defendant. | Case No. CV 12-03520 LHK<br><br>**STIPULATION REGARDING DISMISSAL OF PLAINTIFF'S STATE LAW CLAIMS AND [PROPOSED] ORDER**<br><br>Action Filed:    July 6, 2012 |

   Plaintiff Tyrone Pennix ("Pennix") and Defendant IAP Worldwide Services, Inc. ("IAP"), by and through undersigned counsel, hereby stipulate that each and every state law claim brought by Pennix in this action be dismissed with prejudice.  Such dismissal is premised on preemption of such state law claims under the federal enclave doctrine.  Accordingly, Pennix and IAP stipulate and request that the Court dismiss Pennix's second, fourth, sixth, seventh and tenth claims for relief, with prejudice.

Such dismissal shall have no effect on or in any way prejudice Pennix's remaining causes of action, namely the first, third, fifth, eighth, and ninth claims for relief brought in Pennix's Complaint.

DATED: January 30, 2013   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/ ERICA K. ROCUSH
Erica K. Rocush
Krystal N. LoPilato

Attorneys for Defendant
IAP Worldwide Services, Inc. (erroneously sued herein as "IAP World Services")

DATED: January 30, 2013   LAW OFFICES OF JOSEPH L. ALIOTO AND ANGELA ALIOTO

By:   /s/ STEVEN L. ROBINSON
Angela Alioto
Steven L. Robinson

Attorneys for Plaintiff Tyrone Pennix


**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation Regarding Dismissal of Plaintiff's State Law Claims, and good cause appearing therefore, the Court hereby orders that:

Plaintiff's second, fourth, sixth, seventh, and tenth claims for relief are hereby dismissed with prejudice. Such dismissal shall have no effect on and be without prejudice to Plaintiff's first, third, fifth, eighth and ninth claims for relief.

Dated:  February 5, 2013

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

14106227.1 (OGLETREE)