UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE A. PENNIX, ) | Case No.: 12-CV-03520 |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER DENYING STIPULATION TO |
| ) | EXTEND PRETRIAL DEADLINES |
| IAP WORLD SERVICES, ) | AND TRIAL |
| ) | |
| Defendant. ) | |
| ) | |

On March 5, 2013, the parties filed a Stipulation to Extend Pretrial Deadlines and Trial, in which the Parties requested that all case-related deadlines and the trial be continued by approximately three months.  *See* ECF No. 19.  The Parties request this extension because the earliest date at which the Parties and their mediator are available for a mediation is June 13, 2013.  The Court does not find that this reason constitutes good cause to grant the requested extension.  Accordingly, the Stipulation to Extend Pretrial Deadlines and Trial is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 5, 2013

_____
LUCY H. KOH
United States District Judge