1  Erica K. Rocush, State Bar No. 262354
   erica.rocush@ogletreedeakins.com
2  Krystal N. LoPilato, CA Bar No. 263320
   krystal.lopilato@ogletreedeakins.com,
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
7  Attorneys for Defendant IAP Worldwide Services, Inc. (erroneously sued herein as "IAP World Services")

8  Angela Alioto, State Bar No. 130328
   Steven L. Robinson, State Bar No. 116146
9  LAW OFFICES OF JOSEPH L. ALIOTO AND ANGELA ALIOTO
   700 Montgomery Street
10 San Francisco, CA 9411
   Telephone: 415.434.8700
11 Facsimile: 415.438.4638

12 Attorneys for Plaintiff Tyrone Pennix

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRONE A. PENNIX, | Case No. CV 12-03520 LHK |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| IAP WORLD SERVICES, | |
| Defendant. | Action Filed:   July 6, 2012 |

Pursuant to Local Rule 16-10(a), Erica Rocush, counsel of record for Defendant IAP Worldwide Services, Inc., and Steven Robinson, counsel of record for Plaintiff Tyrone Pennix, respectfully request the Court's permission to attend the Further Case Management Conference, scheduled in this matter for March 13, 2013 at 2:00 p.m., by telephone. The parties and undersigned counsel agree that they will be able to fully participate in the Case Management Conference by telephone without detriment to the proceedings, and that therefore the additional expense that would be incurred by the parties with an in person appearance is unwarranted.

DATED:  March 6, 2013                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  *s/Erica Rocush*
     Erica K. Rocush
     Krystal N. LoPilato

     Attorneys for Defendant
     IAP Worldwide Services, Inc. (erroneously sued herein as "IAP World Services")

DATED:  March 6, 2013                LAW OFFICES OF JOSEPH L. ALIOTO AND ANGELA ALIOTO


By:  *s/Steven Robinson*
     Angela Alioto
     Steven L. Robinson

     Attorneys for Plaintiff Tyrone Pennix

**[~~PROPOSED~~] ORDER**

Having read the Request for Telephonic Appearance by Defendant IAP Worldwide Services, Inc. and Plaintiff Tyrone Pennix, the Court finds that good cause exists therefore.

Accordingly, the Court hereby orders that:

Erica Rocush, counsel of record for Defendant IAP Worldwide Services, Inc., and Steven Robinson, counsel of record for Plaintiff Tyrone Pennix, may appear telephonically on March 13, 2013 at 2:00 p.m., for the Further Case Management Conference in this matter.

Dated: 3/12/13

*/s/ Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

14520155.1 (OGLETREE)