IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE A. PENNIX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IAP WORLD SERVICES,<br><br>　　　　Defendant. | CASE NO. 5:12-CV-03520-LHK<br><br>ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CONTINUING CASE MANAGEMENT CONFERENCE |

The hearing on Defendant's motion for summary judgment, currently set for August 22, 2013, is hereby VACATED. The Court has determined that the motion is appropriate for disposition without oral argument. *See* Civ. L.R. 7-1(b).

The Case Management Conference set for August 22, 2013 is CONTINUED to September 19, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: August 20, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

CASE NO. 5:12-CV-03520-LHK
ORDER VACATING SUMMARY JUDGMENT HEARING AND CONTINUING CMC