IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYRONE A. PENNIX,<br><br>Plaintiff,<br><br>v.<br><br>IAP WORLD SERVICES,<br><br>Defendant. | CASE NO. 5:12-CV-03520-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

In light of the parties' Notice of Settlement, the case management conference is continued from September 19, 2013 to October 9, 2013, at 1:30 p.m. If the parties file their stipulation of dismissal with prejudice by October 7, 2013, then the Court will vacate all deadlines in the case. Until the parties file their stipulation of dismissal, the pre-trial conference and trial remain as set.

**IT IS SO ORDERED.**

Dated: August 20, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

CASE NO. 5:12-CV-03520-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE